1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10
11

MARLIN JONES,                    )      No. CV 11-5529-CW
                                 )
12           Plaintiff,          )      JUDGMENT
                                 )
13       v.                      )
                                 )
14                               )
MICHAEL J. ASTRUE,               )
15  Commissioner, Social Security )
    Adminstration,               )
16                               )
             Defendant.          )
17  _____)

18
       **IT IS ADJUDGED** that this action is remanded to defendant for

19  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20  and consistent with the accompanying Decision and Order.

21
22  DATED: May 23, 2012

23
24                                  _____
                                    *Carla M. Woehrle*
25                                      CARLA M. WOEHRLE
                                    United States Magistrate Judge
26
27
28