1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Marlin J. Jones

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MARLIN J. JONES,                ) Case No.: CV 11-5529 CW
                                   )
12        Plaintiff,               ) [PROPOSED] ORDER AWARDING
                                   ) EQUAL ACCESS TO JUSTICE ACT
13     vs.                         ) ATTORNEY FEES AND EXPENSES
                                   ) PURSUANT TO 28 U.S.C. § 2412(d)
14 MICHAEL J. ASTRUE,              ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,) U.S.C. § 1920
15                                 )
          Defendant                )
16                                 )
                                   )

17

18     Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20     IT IS ORDERED that fees and expenses in the amount of $3,000.00 as

21 authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

22 DATE:  August 1, 2012

23                         _____/s/_____
                           THE HONORABLE CARLA WOEHRLE
                           UNITED STATES MAGISTRATE JUDGE
24

25

26

                                        -1-

1  Respectfully submitted,

2  LAW OFFICES OF Lawrence D. Rohlfing

3     /s/ *Steven G. Rosales*
   _____

4  Steven G. Rosales
Attorney for plaintiff Marlin J. Jones

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26